■ ROSE VALENTE, Appellant, v ALBERT J. VALENTE, Respondent.—In an action, *inter alia,* to impose a constructive trust upon certain real property for plaintiff's benefit, plaintiff appeals, as limited by her brief, from so much of a judgment of the Supreme Court, Queens County (Hyman, J.), entered October 29, 1984, as, after a nonjury trial, dismissed her cause of action for the imposition of a constructive trust.

Judgment affirmed, insofar as appealed from, without costs or disbursements.

The trial court properly dismissed plaintiff's cause of action seeking the imposition of a constructive trust upon certain real property inasmuch as she failed to establish the necessary elements for such a claim (see, *Sharp v Kosmalski,* 40 NY2d 119, 121; *Scivoletti v Marsala,* 97 AD2d 401, 402, *affd* 61 NY2d 806). Mangano, J. P., Thompson, Bracken and Brown, JJ., concur.